**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS ADAMS,

                Plaintiff,

  -against-                                      21 **CIVIL** 11062 (CS)

                                                   **<u>JUDGMENT</u>**

TOWN OF CLARKSTOWN POLICE
DEPARTMENT, JOHN DOE Police Officers 1-99,
JANE DOE Police Officers 1-99, and LORI
ADAMS,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 30, 2023, Defendants' motions are GRANTED and all claims are dismissed. The claims against the Town of Clarkstown and Lori Adams are dismissed with prejudice and the claims against the John Does and Jane Does are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      January 30, 2023

                                                      **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                        _____
                                                         **Deputy Clerk**